620 ·

Louis G. Quigley, administrator of the estate of Harley D. Warner, deceased, appellant, v. Frank E. Merrill et al., defendants. The Northern Trust Company, appellee. Gen. No. 38,903.

Opinion filed March 30, 1937.

Bull, Lytton & Olson, for appellant; Follett W. Bull and Norman A. Broholm, of counsel. Judah, Reichmann, Trumbull, Cox & Stern, for appellee.

Mr. Justice Friend delivered the opinion of the court.

Charles DeLeuw and Company, appellee, v. Village of Midlothian, appellant. Gen. No. 38,951.

Opinion filed March 30, 1937. Rehearing denied April 13, 1937.

Paul T. Klenk, for appellant; Franklin W. Klein, of counsel. Langworthy & Stevens, for appellee.

Mr. Justice Friend delivered the opinion of the court.

Julius Luhrsen, administrator of the estate of Alfred L. Muller, deceased, appellee, v. John Marcus and Frank W. Glen, appellants. Gen. No. 38,977.

Opinion filed March 30, 1937.

Cassels, Potter & Bentley, for appellants; Ralph F. Potter and Kenneth B. Hawkins, of counsel. Crahen, Sullivan, O'Toole & Sullivan, for appellee; John E. Crahen, of counsel.

Mr. Justice Friend delivered the opinion of the court.